82 So.2d 927

**Fletcher TURNER   v.   STATE.**

**8 Div. 637.**

Court of Appeals of Alabama.

Aug. 9, 1955.

Merrill Doss, Hartselle, for appellant.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

BONE, Judge.

Affirmed.